PC SCAN

SCANNED AT PON CC
EMAILED 11-18-26 (date)
BY FC (intials)
4 (# of pages)

# Emergency motion

To, the United STATes District Court for the northern District of Illinois Eastern Divison

FILED
11/18/2026 JKS
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Filer ms. Sidney/Andy Perry # n-52687
case# no. 25-CV 3560
case name DR. Henze. et al

To: Honorable mary m. Rowland

Judge, Rowland. my Health(is) Very poor. meaning, i am Very Sick, I Have HIV / Sickle Cell Trot, I Have Osteo Arthritis. I Have High Level of Blood and Urin in my Bladder. plus, I Have not made A Bowel-movement in 3 wks and 3 days as of (11/16/2026) All medical staff Here at Pontiac prison

(2) pg

Medical Staff all are not giving me The proper medical Treatments I need

I Have put in 15- sick call slips in to medical Health Care Nikki Rombo. the Head Of Health Care. Then i gave every nurse that pass out my ~~pills~~ mental health medications on Am at 3 Am / and / on 8:pm medications.

my Heart hurts very badly at times. When i Take deep breaths.

I dont Have no family that can come to my Visit(s) due to them all working very hard.

now. I Am being forced out of Protective Custody By ~~LC~~ Lt. Gish. and his staff his sgts C/O's not. c/o ms Romey, / ms c/o Simons But now I dont get my mail Reg.-OR- Legal Except Today. on (11/16/2026) now. I still am waiting. all - staff on 3 - 4 - 11 - Keep putting drugs In my food Trays on every meal. I am

(3 p 9) these c/o's staff have cameras in my cells plus all my panties / Bra's / soaps / Deodorants / etc. was taking out of my cell in (south house (PC) By correctional staff officer (plus) I cannot use my own pin # number. staff ~~are~~ are giving my everything to ~~Indi~~ Individual in custody even Transgenders are working against me Because of my law suits x 2 The Kenneth Hall et al. in southern District plus my other law suite / Henze et al

Both law suit is Being ~~mes~~ messed with staff at Pontiac prison.

Please understand me. I have ~~to~~ lost a lot of weight due to ~~me~~ me Being sick. plus I wear ~~not~~ pamper. A lot of staff are letting the guy next door to me in cell - SPC 524 Spraying me with posion spray that have ~~me~~ me dying. my pin number is

(499) Beening taking away By staff to Give to other Inmates to destroy my life. And staff is always keeping me Inside my Cell(s) ~~[illegible]~~ when i cant Talk to other that I can trust

Judge Hon Rowland. Plus all legal staff are very Bogus

I am dying slowly. I am Being poison By Inmates/staff my Tablet is taking away from me By (Lt. Gish) staff

P.S.
Lt Gish / staff Wont let me get medical Treatment and I am in pain 24/7 - everyday!

From:
Ms. Sidney Cune
Perry. # ~~[illegible]~~
# N-52687
Pontiac C.C.
700 W Lincoln St.
Pontiac, IL